IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PENNYMAC LOAN SERVICES, LLC,<br>*Plaintiff,*<br><br>v.<br><br>CHALICE MORENO, JASON N. KOSIER,<br>*Defendants.* | No. 6:23-CV-00195-CRW-DNM |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dan N. MacLemore regarding Plaintiff's Motion for Summary Judgment (Dkt. No. 19) and Defendants' Motions for Summary Judgment (Dkt. Nos. 20, 42). Dkt. No. 53. The report recommends that Plaintiff's motion (Dkt. No. 19) be **GRANTED**, that Defendants' Motions (Dkt. Nos. 20, 42) be **DENIED**, and that all other pending motions be **DENIED AS MOOT**. The Report and Recommendation was filed August 18, 2026. This Court hereby adopts Judge MacLemore's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); FED. R. CIV. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d

404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Defendants filed objections to the report and recommendation on August 31, 2026. Dkt. No. 54. Defendants argue that there are genuine issues of material fact that preclude summary judgment and cite to a list of fourteen points of "fact" in support of their position. *See id.* at 2-3. Plaintiff filed a response to Defendants' objections on September 17, 2026. Dkt. No. 55. The Court has conducted a *de novo* review of the motions, the Report and Recommendation, all objections to the Report and Recommendation, the response, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted. The Court agrees with Judge MacLemore that Defendants' argument rests on neither competent evidence nor any plausible view of reality. *See* Dkt. No. 53 at 9. Summary judgment is therefore appropriate.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Dan N. MacLemore, Dkt. No. 53, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff PennyMac's Motion for Summary Judgment (Dkt. No. 19) is **GRANTED.** Defendants' Motions for Summary Judgment (Dkt. Nos. 20, 42) are **DENIED.** All other pending motions (Dkt. Nos. 11, 13, 24, 33, 35) are **DENIED AS MOOT.**

So ordered on September 18, 2026.

Chris Wolfe

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE